AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Werteks Closed Joint Stock Company d/b/a Werteks Pharmaceutical Company and ThermoLife International, LLC<br><br>*Plaintiff(s)*<br><br>v.<br><br>GNC Corporation; General Nutrition Centers, Inc.; General Nutrition Corporation; Vitamin Shoppe, Inc.; Vitacost.com, Inc. and Vital Pharmaceuticals, Inc. d/b/a VPX<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 16-cv-60688-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GNC Corporation
c/o National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Garrett Barten, Esq.
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard
Suite 2040
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: 03/31/2016

Steven M. Larimore
Clerk of Court

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Werteks Closed Joint Stock Company d/b/a Werteks Pharmaceutical Company and ThermoLife International, LLC <br> *Plaintiff(s)* <br> v. <br> GNC Corporation; General Nutrition Centers, Inc.; General Nutrition Corporation; Vitamin Shoppe, Inc.; Vitacost.com, Inc. and Vital Pharmaceuticals, Inc. d/b/a VPX <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 16-cv-60688-FAM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  General Nutrition Centers, Inc.
c/o National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Garrett Barten, Esq.
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard
Suite 2040
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  03/31/2016

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Werteks Closed Joint Stock Company d/b/a Werteks Pharmaceutical Company and ThermoLife International, LLC<br><br>*Plaintiff(s)*<br><br>v.<br><br>GNC Corporation; General Nutrition Centers, Inc.; General Nutrition Corporation; Vitamin Shoppe, Inc.; Vitacost.com, Inc. and Vital Pharmaceuticals, Inc. d/b/a VPX<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  16-cv-60688-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  General Nutrition Corporation
c/o National Registered Agents, Inc.
160 Greentree Drive, Suite 101
Dover, DE 19904


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Garrett Barten, Esq.
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard
Suite 2040
Fort Lauderdale, FL 33301


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


Date:  03/31/2016

Steven M. Larimore
Clerk of Court

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

**SUMMONS**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Werteks Closed Joint Stock Company d/b/a Werteks Pharmaceutical Company and ThermoLife International, LLC<br><br>*Plaintiff(s)*<br><br>v.<br><br>GNC Corporation; General Nutrition Centers, Inc.; General Nutrition Corporation; Vitamin Shoppe, Inc.; Vitacost.com, Inc. and Vital Pharmaceuticals, Inc. d/b/a VPX<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 16-cv-60688-FAM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Vitamin Shoppe, Inc.
c/o Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Garrett Barten, Esq.
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard
Suite 2040
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  03/31/2016

Steven M. Larimore
Clerk of Court

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Werteks Closed Joint Stock Company d/b/a Werteks Pharmaceutical Company and ThermoLife International, LLC

*Plaintiff(s)*

v.   Civil Action No. 16-cv-60688-FAM

GNC Corporation; General Nutrition Centers, Inc.; General Nutrition Corporation; Vitamin Shoppe, Inc.; Vitacost.com, Inc. and Vital Pharmaceuticals, Inc. d/b/a VPX

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Vitacost.com, Inc.
c/o Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Garrett Barten, Esq.
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard
Suite 2040
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  03/31/2016

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Werteks Closed Joint Stock Company d/b/a Werteks Pharmaceutical Company and ThermoLife International, LLC | )<br>)<br>)<br>) | |
| *Plaintiff(s)* | )<br>) | |
| v. | )<br>) | Civil Action No. 16-cv-60688-FAM |
| GNC Corporation; General Nutrition Centers, Inc.; General Nutrition Corporation; Vitamin Shoppe, Inc.; Vitacost.com, Inc. and Vital Pharmaceuticals, Inc. d/b/a VPX | )<br>)<br>)<br>) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Vital Pharmaceuticals, Inc. d/b/a VPX
c/o John H. Owoc
1600 North Park Drive
Weston, FL 33326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Garrett Barten, Esq.
Christopher & Weisberg, P.A.
200 East Las Olas Boulevard
Suite 2040
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 03/31/2016

**SUMMONS**

Steven M. Larimore
Clerk of Court

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts