UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-60688-CIV-MORENO**

WERTEKS CLOSED JOINT STOCK
COMPANY d/b/a WERTEKS
PHARMACEUTICAL COMPANY and
THERMOLIFE INTERNATIONAL LLC,

        Plaintiffs,

vs.

GNC CORPORATION; GENERAL
NUTRITION CENTERS, INC.; GENERAL
NUTRITION CORPORATION; VITAMIN
SHOPPE, INC.; VITACOST.COM, INC.; and
VITAL PHARMACEUTICALS, INC. d/b/a
VPX,

        Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

On December 12, 2018, counsel of record for Plaintiffs Werteks Closed Joint Stock Company d/b/a Werteks Pharmaceutical Company and Thermolife International LLC filed Motions to Withdraw as counsel of record due a discovered conflict of interest. **(See D.E. 57–58.)** On December 20, 2018, the Court granted the Motions to Withdraw. **(D.E. 59.)** In that Order, the Court ordered that Plaintiffs, "[a]s corporations . . . are required to obtain new counsel who are eligible to practice in the United States District Court for the Southern District of Florida no later than **January 9, 2019**, *or the case shall be dismissed without prejudice.*" *Id.* at 2 (emphasis added). The record as of the date of this Order shows that neither Plaintiff has retained new counsel eligible to practice in this District. The Court therefore finds dismissal

without prejudice appropriate for Plaintiffs' failure to prosecute this action. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962) ("The authority of a court to dismiss *sua sponte* for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs . . . .").

Therefore, it is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). All pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of January 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

Ron Kramer
President
ThermoLife International, LLC
1334 E. Chandler Blvd., Suite 5-D76
Phoenix, Arizona 85048
ron@thermolife.com

Inna Zaveyev
Director of Legal Affairs
Werteks Closed Joint Stock Company
Building No. 27 A, 24th Lane,
Vasilevsky Ostrov, Saint Petersburg,
Russia 199106
+ 7 (812) 329-30-41
IZavedeeva@vertex.spb.ru